UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| ALEXANDR TSVETTSIKH, individually and on behalf of other similarly situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>WBM LLC d/b/a WBM INTERNATIONAL,<br><br>          Defendant. | Civil Action No. 17-CV-1004<br><br>**NOTICE OF MOTION** |

-------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, for the reasons set forth in the accompanying Memorandum of Law, and all prior pleadings and proceedings in the above-captioned action, Defendant WBM LLC d/b/a WBM International, by its undersigned counsel, respectfully moves this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiff Alexandr Tsvettsikh's Amended Complaint with prejudice.

Dated: January 19, 2018

By: */s/ Matthew J. Fedor*
Matthew J. Fedor
Richard M. Haggerty
DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Phone: (212) 248-3140
Fax: (212) 248-3141
matthew.fedor@dbr.com
richard.haggerty@dbr.com

David B. Sudzus (*pro hac vice application forthcoming*)
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606
Phone: (312) 569-1000
david.sudzus@dbr.com

- 2 -

*Attorneys for Defendant WBM LLC*