UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG - 9 2018 ★
BROOKLYN OFFICE

ALEXANDR TSVETTSIKH, *individually and on behalf of all others similarly situated*,

Plaintiff,

-against-

WBM LLC d/b/a WBM INTERNATIONAL,

Defendant.

Case No.: 17-cv-1004

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party

For the Defendant:

By: /s/ Matthew Fedor
Matthew Fedor, Esq.
Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7329
matthew.fedor@dbr.com

Date: August 7, 2018

For the Plaintiff:

By: /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: August 7, 2018

SO ORDERED:
s/Carol Bagley Amon  August 8, 2018
U.S.D.J.

_____
Dated